IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>OTIS LOLLIS,<br><br>　　　　　　Defendant. | 1:05-cr-00274 OWW<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

O R D E R

　　IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Otis Lollis.

IT IS SO ORDERED.

**Dated:   July 21, 2006**　　　　　　　　　　　**/s/ Oliver W. Wanger**
emm0d6　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1